**JUDGE DAVID BRIONES**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2018 JUL 31 PM 3: 41

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. EP-18-CR- |
| | § | (18-MJ-05279-LS) |
| Plaintiff, | § | |
| | § | **INFORMATION** |
| v. | § | |
| | § | CT 1: 8 U.S.C. §§ 1324(a)(1)(A)(v)(I), |
| RAUL BAUTISTA JR. (1), | § | (a)(1)(A)(ii) and (a)(1)(B)(i)- Conspiracy |
| | § | to Transport an Alien. |
| Defendant. | § | |
| | § | |

EP18CR2193

THE UNITED STATES ATTORNEY CHARGES:

**COUNT ONE**
(8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(i))

On or about July 12, 2018, in the Western District of Texas, Defendant,

**RAUL BAUTISTA JR. (1),**

knowingly, intentionally, and unlawfully conspired, combined, and confederated, and agreed with others known and unknown, to commit offenses against the United States, namely: to transport and move and attempt to transport and move said alien within the United States knowing and in reckless disregard of the fact that said alien had come to, entered, and remained in the United States in violation of law, said transportation being in furtherance of said violation of law, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(i).

Respectfully submitted,

JOHN F. BASH
UNITED STATES ATTORNEY

By: _____
PATRICIA AGUAYO
Assistant U.S. Attorney
Texas Bar #24059359
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884

RECEIVED
JUL 3 1 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § § § |
| v. | § § |
| RAUL BAUTISTA JR. (1), | § § § |
| Defendant. | § § |

JUDGE DAVID BRIONES

CRIMINAL NO. EP-18-CR-

EP18CR2193

## WAIVER

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waived my right to prosecution by indictment and consent to prosecution by information.

_____
Date

_____
RAUL BAUTISTA JR.
Defendant

_____
RAFAEL SALAS
Attorney for Defendant

_____
UNITED STATES MAGISTRATE JUDGE